# UNITED STATES DISTRICT COURT

for the

### District of South Carolina

| | | |
|---|---|---|
| Marshall Mack | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    9:10-2511-RMG-BM |
| The State of South Carolina | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____ .

■  other: The Report and Recommendation of United States Magistrate Judge Bristow Marchant is adopted

and incorporated.  This Petition is Dismisses without prejudice and without issuance and service of process.

The Petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C. § 2241.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge.

Date:   November 30, 2010

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*